UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BOWERSOCK,<br><br>      Plaintiff,<br><br>  v.<br><br>FINANCIAL ASSISTANCE, INC,<br><br>      Defendant. | CASE NO. 2:18-cv-00307-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** |

On November 30, 2018, Plaintiff Robert Bowersock filed a motion to compel Defendant Financial Assistance, Inc. to respond to his requests for production and for admission. Dkt. 11; Dkt. 12, Ex. A. Defendant has filed no reply to the motion nor has it filed objections to the discovery requests.

Plaintiff sent the written discovery requests to Defendant on September 9, 2018, and despite several follow-ups with Defendant, had not received responses at the time of filing his motion to compel. In their last communication on November 30, 2018, Defendant assured Plaintiff that its responses would be sent the following week. Dkt. 11, 12. It is not known at this time, whether Defendant has sent its responses to Plaintiff.

Plaintiff also requests that Defendant pay his reasonable expenses including attorney's fees, incurred in bringing the motion to compel pursuant to Fed. R. Civ. P. 37(a)(5)(A). Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL - 1

may submit a motion for fees and expenses, which the Court will consider.

Accordingly, it is **ORDERED:**

1) Plaintiff's motion to compel (Dkt. 11) is **GRANTED**;

2) If it has not already done so, Defendant Financial Assistance, Inc. shall send its responses to Plaintiff's Requests for Production and Requests for Admission **by January 4, 2019**. If Plaintiff fails to do so, the Court may issue further just orders. *See* Fed. R. Civ P. 37(b)(2).

DATED this 26th day of December, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL - 2