UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BOWERSOCK,

    Plaintiff,

v.

FINANCIAL ASSISTANCE, INC.,

    Defendant.

CASE NO. 2:18-cv-00307-BAT

**ORDER SETTING PRETRIAL CONFERENCE**

The Court has set trial to begin on May 1, 2019 at 9:15 am. Dkt. 10. The Court has received nothing from the parties indicating the case has settled and accordingly **ORDERS**:

1. Trial Briefs and exhibits must be submitted by April 26, 2019. The Court will exclude exhibits not submitted by this date.

2. Counsel shall appear for a pre-trial conference **on April 29, 2019 at 1:00 pm, Courtroom 12B.** Counsel wishing to appear telephonically must contact Deputy Clerk Agalelei Elkington to make arrangements.

DATED this 9th day of April, 2019.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge